## SLAPPEY *v.* THE STATE.

FISH, C. J. No complaint was made that any error was committed during the trial. There was evidence to authorize the verdict. The refusal of a new trial was not error.

*Judgment affirmed, All the Justices concur, except Beck, J., absent.*

NOVEMBER 9, 1915.

Indictment for rape. Before Judge Littlejohn. Macon superior court. June 28, 1915.

*J. J. Bull & Son,* for plaintiff in error.

*Clifford Walker, attorney-general, J. R. Williams, solicitor-general,* and *Mark Bolding,* contra.